# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF
## WISCONSIN MILWAUKEE DIVISION

---

WISCONSIN LABORERS HEALTH FUND,
BUILDING & PUBLIC WORKS LABORERS'
VACATION FUND, and MICHAEL R. RYAN,

        Plaintiffs,

  vs.

                                        Case No. 07-C-0018

MATH STARCK & SONS, INC.,

        Defendant.

---

## ORDER FOR JUDGMENT

---

    Based on all of the pleadings in the above-captioned matter, including the Stipulation for Judgment, signed by the parties,

    IT IS HEREBY ORDERED, that judgment shall be entered in favor of the Plaintiffs and against Defendant in the total sum of $28,781.34, plus post-judgment statutory interest, until satisfied, subject to the following terms:

    1.    The Plaintiffs acknowledge that the Defendant has a claim pending in a separate action against the project owners of a construction project located at the Cameo Care Center at 5790 South 27th Street, Milwaukee, WI 53221 (the "Cameo Care Project"). The Defendant was the prime contractor on the Cameo Care Project. Approximately $67,918.60 is currently due and owing to various subcontractors that worked on the Cameo Care Project.

1

2.     The Plaintiffs further acknowledge that should the Defendant collect any monies in a potential settlement of its claim against the project owners of the Cameo Care Project, such monies will be trust funds owed to unpaid subcontractors pursuant Wis. Stats. Chapter 779 to the extent that such funds do not exceed the amount that is owed to the unpaid subcontractors.

3.     For the reasons stated above, the Plaintiffs agree not to attempt to garnish or collect any settlement monies obtained by the Defendant in any future settlement of its claim against the project owners of the Cameo Care Project to the extent that such settlement monies do not exceed the amount that is owed to the unpaid subcontractors at the time such settlement monies are obtained by the Defendant.

Dated at Milwaukee, Wisconsin this <u>12th</u> day of  June, 2007.

<u>s/AARON E. GOODSTEIN</u>
U.S. Magistrate Judge

2