# United States District Court
Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

WISCONSIN LABORERS HEALTH FUND,
BULDING & PUBLIC WORKS LABORERS'
VACATION FUND, and MICHAEL R. RYAN,
               Plaintiffs,
v.                                    CASE NO: 07-CV-18

MATH STARCK & SONS, INC.,
               Defendant.

[x]    **Decision by Court**. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiffs and against Defendant in the total sum of $28,781.34, plus post-judgment statutory interest, until satisfied, subject to the terms specified in the parties' Stipulation for Judgment entered and filed June 11, 2007.

Plaintiffs acknowledge that the Defendant has a claim pending in a separate action against the project owners of a construction project located at the Cameo Care Center at 5790 South 27th Street, Milwaukee, WI 53221 (the "Cameo Care Project"). The Defendant was the prime contractor on the Cameo Care Project. Approximately $67,918.60 is currently due and owing to various subcontractors that worked on the Cameo Care Project.

Plaintiffs further acknowledge that should the Defendant collect any monies in a potential settlement of its claim against the project owners of the Cameo Care Project, such monies will be trust funds owed to unpaid subcontractors pursuant Wis. Stats. Chapter 779 to the extent that such funds do not exceed the amount that is owed to the unpaid subcontractors.

Plaintiffs agree not to attempt to garnish or collect any settlement monies obtained by the Defendant in any future settlement of its claim against the project owners of the Cameo Care Project to the extent that such settlement monies do not exceed the amount that is owed to the unpaid subcontractors at the time such settlement monies are obtained by the Defendant.

                                        Jon W. Sanfilippo, Clerk of Court
                                        EASTERN DISTRICT OF WISCONSIN
Date:  June 12, 2007                 (By) Deputy Clerk, s/C. Quinn

Approved this 12th day of June, 2007.
                                          s/AARON E. GOODSTEIN
                                          United States Magistrate Judge